<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2506**

---

MYRON BOGGS,

Plaintiff - Appellant,

versus

SOUTHEASTERN TIDEWATER OPPORTUNITY PROJECT,
a/k/a The Stop Organization,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior District Judge.  (CA-96-766-2)

---

Submitted:  December 26, 1996      Decided:  January 21, 1997

---

Before HALL, HAMILTON, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Myron Boggs, Appellant Pro Se. James A. Gorry, III, Richard William Zahn, Jr., TAYLOR & WALKER, P.C., Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to Defendant in this action alleging claims under 42 U.S.C. § 1985 (1994), and alleging violations of First Amendment and privacy rights under the United States Constitution. We have reviewed the record and conclude that this action is barred by res judicata. See Keith v. Aldridge, 900 F.2d 736, 739 (4th Cir. 1990). Accordingly, we affirm the ruling of the district court. Boggs v. Southeastern Tidewater Opportunity Project, No. CA-96-766-2 (E.D. Va. Sept. 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED